UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET
# OF COURT PROCEEDINGS

| | |
|---|---|
| Date: November 17, 2017 | Type of Hearing: INITIAL APPEARANCE / ARRAIGNMENT / BOND |
| Judge: THOMAS Q. LANGSTAFF | Court Reporter/Tape #: FTR GOLD |
| Courtroom Deputy: William C. Lawrence | Interpreter: |

### Case Number:   7:17-CR-34(HL)

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | AUSA:   JULIA BOWEN |
| FERRELL WALKER | Counsel:   NICOLE WILLIAMS |

Agents/Experts in attendance:  SCOTT HOWELL, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I.   INITIAL APPEARANCE/ARRAIGNMENT           Time in Court:  4 MINS 11:22-11:26

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.
- ☐ Initial Appearance Only.
- ☐ Arraignment Only.
- ☒ Both Initial Appearance and Arraignment.

- ☒ Standard Pre-trial Order to be e-filed.
- ☐ Notice of Court policy re:  retained counsel to be e-filed.
- ☐ Other:

### II.   BOND/DETENTION                                   Time in Court:  3 MINS 11:26-11:29

**Government Motion for Detention:**
- ☐ Granted    ☐ Denied
  - ☐ Order to follow
- ☐ Bond set at $
  - Type: ☐ Own Recognizance
  - ☐ Unsecured
  - ☐ Fully Secured
  - ☐ Secured by

**Conditions of Release:**
Standards Conditions

- ☐ Bond Supervision
- ☐ House Arrest
- ☐ Surrender Passport
- ☐ No Firearms
- ☐ Drug / Alcohol Testing
- ☐ Electronic Monitoring
- ☐ Travel Restricted to:

**Detention Hearing:**
Continued to:  11/21/2017 @ 9:00 am
Upon motion of ☐ Govt    ☐ Deft

- ☒ Temporary detention Ordered pending hearing
- ☐ Detention Ordered pending trial

Other: