IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   CASE NO: 7:17-CR-34-HL |
| | : |
| FERRELL WALKER | : |
| | : |

**UNITED STATES' NOTICE OF DISCLOSURE OF GOVERNMENT'S EXPERT AND REQUEST FOR RECIPROCAL DISCOVERY AND DISCLOSURE OF DEFENSE EXPERT WITNESS**

COMES NOW the United States of America, by and through the United States Attorney for the Middle District of Georgia, and requests reciprocal discovery and disclosure of expert witness as follows:

I.    Designation of Government's Expert Witness:

Pursuant to Rule 16(a)(1)(G), Federal Rules of Criminal Procedure, the government hereby designates the following expert witness:

United States Probation Officer, Middle District of Georgia, Todd D. Garrett, will testify as both a fact witness and as an expert witness in the instant case. Officer Garrett is an expert in computer forensics, in particular as relates to computer-store images of child pornography on computer media. Officer Garrett's curriculum vitae detailing his expert qualifications is being produced to defense counsel together with this notice.

Significantly, Officer Garrett Officer Garrett has already testified in some detail about this case in a revocation hearing held before this Court on May 9, 2018. It is expected that many of the same questions put to USPO Garrett at the revocation hearing will again be put to him at trial. The transcript of the revocation hearing is being produced to the defense together with the instant

notice of expert testimony as an aid to the defense.

II.     Demand For Reciprocal Discovery and Disclosure of Expert Witness:

The United States requests disclosure of all the defendant's documents and tangible objects as required by Rule 16(b)(1)(A), Federal Rules of Criminal Procedure, the defendant's reports of examinations and tests as required by Rule 16(b)(1)(B), Federal Rules of Criminal Procedure, and disclosure of any Expert Witness and a written summary of testimony expected to be used at trial, as required by Rule 16(b)(1)(C), Federal Rules of Criminal Procedure.

RESPECTFULLY SUBMITTED, this 16th day of July, 2018.

        CHARLES E. PEELER
        UNITED STATES ATTORNEY

BY:   *s/Jim Crane*
      Jim Crane
      Assistant United States Attorney
      Georgia Bar Number: 193275
      Attorney for the United States
      201 West Broad Avenue, 2nd Floor
      Albany, Georgia 31701
      Telephone: (229) 430-7754
      Fax: (229)   430-7766
      Jim.crane@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Jim Crane, Assistant United States Attorney, hereby certify that on the 16th day of July, 2018, I electronically filed the within and foregoing DESIGNATION OF EXPERT WITNESS AND REQUEST FOR DEFENDANT'S RECIPROCAL DISCOVERY AND DISCLOSURE OF EXPERT WITNESS with the clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

This 18th day of July, 2018.

        CHARLES E. PEELER
        UNITED STATES ATTORNEY

BY:  *s/Jim Crane*
        Jim Crane
        Assistant United States Attorney
        Georgia Bar Number: 193275
        Attorney for the United States
        201 West Broad Avenue, 2nd Floor
        Albany, Georgia 31701
        Telephone: (229) 430-7754
        Fax: (229) 430-7766
        Jim.crane@usdoj.gov