**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **FERRELL WALKER** | **Case No. 7:17-CR-34** |

**FERRELL WALKER RESTITUTION**

COMES NOW the Defendant, Ferrell Walker, by and through undersigned counsel, and hereby states his position as to restitution.   Mr. Walker opposes the restitution in its entirety.

1. Given most individual sentenced for child pornography cases in the United States District Court with this same series have a request for restitution on behalf of the same victim, Mr. Walker is concerned the amount requested could case an overpayment to this individual. Numerous defendants will be required to pay restitution to the same victim.   The series listed in the Presentence Investigation Report is a common one for individuals with the charge of child pornography.   The Presentence Investigation Report specifically requests $18,136.40 from Mr. Walker pursuant to 18 U.S.C. §2259.

2. The amount is excessive because the defendant never met, talked, texted, or personally interacted with the individual.

3. Expenses incurred by the victim predate Mr. Walker's alleged offense date.

4. The parties tried to resolve this matter unsuccessfully.

5. The amount of restitution is discretionary.   Counsel sets forth Mr. Walker's position as to restitution.

Dated this 19th day of February, 2019.

          Respectfully submitted,

          By:

          S/*D. Nicole Williams*
          D. Nicole Williams
          Attorney for Ferrell Walker
          Ga. Bar No. 292817

          D. Nicole Williams, LLC
          345 W. Broad Avenue, Suite 305
          Albany, Georgia 31701
          Tel:   (229) 435-5009
          Fax: (229) 375-5908

## CERTIFICATE OF SERVICE

    I, D. Nicole Williams, hereby certify that on February 19, 2019, I electronically filed the foregoing *Restitution* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

    Respectfully submitted,

S/*D. Nicole Williams*
D. Nicole Williams
Attorney for Ferrell Walker
Ga. Bar No. 292817

D. Nicole Williams, LLC
345 W. Broad Avenue, Suite 345
Albany, Georgia 31701
Tel:   (229) 435-5009
Fax: (229) 375-5908