IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| FERRELL WALKER, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | **28 U.S.C. § 2255 Case No.** |
| | : | 7 : 22-CV-108 (HL) |
| | : | |
| UNITED STATES OF AMERICA, | : | **Criminal Case No.** |
| | : | 7 : 17-CR-34 (HL) |
| | : | |
| | : | |
| Respondent. | : | |

**ORDER**

Petitioner having moved for an extension of time to file a reply to Respondent's response, and to exceed the page limitation in said reply, and there appearing to be adequate basis for same, Petitioner's Motion for Extension of Time and to Exceed the Local Page Limitation is hereby **GRANTED-IN-PART**, and Petitioner shall be allowed to file up to a twenty (20) page reply brief. (Doc. 88). Petitioner shall have until **January 3, 2023** to file said reply brief.

**SO ORDERED,** this 6th day of December, 2022.

s/  ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE