# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:17-cr-34–WLS-ALS** |
| **FERRELL WALKER,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is Defendant's Motion to Correct Clerical Error[s] Pursuant to Federal Rules of Criminal Procedure 36 (Doc. 131) ("Motion"). Therein, Defendant requests the Court correct an alleged "clerical error" appearing in the Indictment (Doc. 1), Presentence Investigation Report (Doc. 43), and Judgment (Doc. 46). Defendant contends that these documents contain a "clerical error" by referring to his offense as "possession of child pornography." Defendant argues that because the statute under which he was indicted, 18 U.S.C. § 2252(a)(4)(B), refers to activities relating to material involving the sexual exploitation of minors, that the "clerical error" referring to "child pornography" in the above documents should be removed and replaced with "exploitation of minors."

On July 31, 2018, Defendant was convicted by a jury as to Count One of the one-count Indictment, Possession of Child Pornography. (Doc. 34). Defendant appealed his conviction and sentence to the Eleventh Circuit, Case No. 18-15283, the Eleventh Circuit affirmed Defendant's conviction and sentencing in this case,[1] and the Supreme Court denied his petition for certiorari. (*See* Docs. 46, 48, 68, 71). Defendant also appealed the Court's denial of his motion to vacate his sentence pursuant to 28 U.S.C. § 2255 to the Eleventh Circuit, Case No. 24-10077, and the Eleventh Circuit denied Defendant's motion for a certificate of appealability. (Docs. 97, 99, 124). Finally, Defendant filed a Notice of Appeal that is currently pending in the Eleventh Circuit, Case No. 24-11497, regarding this Court's denial of

---

[1] This appeal also involved Defendant's appeal of his sentence imposed in a separate case involving the revocation of his supervised release, Case No. 7:07-cr-30, in the same appeal which was vacated and remanded. (Doc. 68 at 14).

Defendant's motion for sentence reduction. (*See* Docs. 109, 121). This appeal is still pending before the Eleventh Circuit, and on September 29, 2025, counsel was appointed to represent Defendant in this appeal. (Doc. 130, 132).

With respect to a district court's jurisdiction of a case pending appeal, the Eleventh Circuit has stated:

> The filing of a proper notice of appeal is an event of jurisdictional significance— it confers jurisdiction on the appellate court and divests the trial court of its control over *those aspects of the case involved in the appeal. Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 74 L.Ed.2d 225 (1982).

*Walden v. Walker* (*In re Walker*), 515 F.3d 1204, 1211 (11th Cir. 2008) (emphasis added). "However, the district court may retain jurisdiction to consider motions that are collateral to the matters on appeal." *Palmyra Park Hosp., Inc. v. Phoebe Putney Mem'l Hosp., Inc.*, 688 F. Supp. 2d 1356, 1358 (M.D. Ga. 2010) (Sands, J.) (citing *Mahone v. Ray*, 326 F.3d 1176, 1179 (11th Cir.2003)).

The Court finds that it lacks jurisdiction to consider Defendant's pending appeal requesting a change in the Indictment, Presentence Investigation Report, and Judgment in this case for two reasons. First, the Defendant appealed his sentence and conviction as set out in the Judgment. The Eleventh Circuit affirmed that Judgment, and even if the changes requested amount to "clerical errors," this Court has not jurisdiction to amend an affirmed Judgment. Second, Defendant's request to change the Judgment involves aspects of this case that are involved in Defendant's pending appeal; *i.e.*, the motion for sentence reduction relates to the Judgment.

Accordingly, Defendant's Motion (Doc. 131) is **DENIED WITHOUT PREJUDICE.**

**SO ORDERED**, this 3rd day of October 2025.

                                          **/s/W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**